JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY ROA and JOANNA MONTANEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:23-cv-01009-JWH-DFM<br><br>District Judge: John W. Holcomb<br><br>**JUDGMENT** |

Plaintiffs TIFFANY ROA and JOANNA MONTANEZ ("Plaintiffs") accepted Defendant FCA US LLC's Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure on October 26, 2023. Accordingly,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Court enters **JUDGMENT** in favor of Plaintiffs in the amount of **$105,180.00** pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: January 8, 2024

Hon. John W. Holcomb
United States District Judge